THOMAS F. FRIEDBERG, ESQ. (#110439)
**LAW OFFICES OF FRIEDBERG & BUNGE**
1005 ROSECRANS STREET, SUITE 202
P.O. BOX 6814
SAN DIEGO, CA 92166-0814
TEL : (619) 557-0101
FAX: (619) 557-0560
E-MAIL : "tom@lawofficefb.com"

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE RODRIGUEZ, | CASE NO.  2:22-cv-6914 |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| v. | **JURY TRIAL DEMANDED** |
| PRINCESS CRUISE LINES, LTD. | |
| Defendant. | |

Plaintiff, ARLENE RODRIGUEZ, alleges as follows:

1. This suit herein arises and is within the original jurisdiction of the United States District Court since the amount in controversy exceeds $75,000.00 and there is diversity of citizenship between Plaintiff and the Defendant pursuant to 28 U.S.C. § 1332.

2. Plaintiff is,  and at all times herein mention was, a citizen of Florida.

3. At all times herein mentioned, Defendant, PRINCESS CRUISE LINES, LTD., is, ans was, a citizen and corporation and has their principal place of business in the State of California, and were transacting business within the Central District of the State of California.

4. At all times herein mentioned Defendant, PRINCESS CRUISE LINES, LTD., unilaterally inserted in its cruise line ticket a forum selection clause that requires its passengers

asserting personal injuries to litigate those claims only in the United States District Court for the Central District of California.

    5.    Defendant, PRINCESS CRUISE LINES, LTD., at all times herein mentioned, either itself or through its designated agents:

    a.    Operated, conducted engaged in or carried on a business venture in the State of California and specifically the County of Los Angeles and had an office within the County of Los Angeles, State of California.

    b.    Was engaged in substantial activity within the County of Los Angeles, State of California.

    c.    Operated vessels in the waters of the State of California.

    d.    Purposefully availed themselves of the benefits of conducting activities in California by purposefully directing their activities toward the State, thereby obtaining the benefits and protections of the State's laws.

    e.    The cruise line ticket for Plaintiff requires that suit be brought in this Court against the named Defendant in this action.

    6.    At all times mentioned herein, Defendant, PRINCESS CRUISE LINES, LTD., was, and is, a for profit corporation with its worldwide headquarters, principal address and principal place of business located within the County of Los Angeles, State of California.

    7.    At all times mentioned herein, Defendant, PRINCESS CRUISE LINES, LTD., was and is a common carrier engaged in the business of marketing, selling and operating a cruise line out of various ports throughout the world, including Los Angeles, Florida and the Caribbean.

    8.    At all times herein mentioned, Defendant, PRINCESS CRUISE LINES, LTD., derived its revenue from cruises originating and terminating in various ports throughout the world including Florida and the Caribbean.

    9.    At all times herein mentioned, Defendant, PRINCESS CRUISE LINES, LTD., operated, managed, maintained, supervised, chartered and/or controlled a large commercial vessel named *Enchanted Princess*.

    10.    At all times herein mentioned, Defendant, PRINCESS CRUISE LINES, LTD., ,

transported fare paying passengers aboard its vessel, *Encanted Princess*.

11. At all times herein mentioned, Defendant, PRINCESS CRUISE LINES, LTD., Plaintiff ARLENE RODRIGUEZ was a fare paying passenger and lawfully aboard the vessel *Encanted Princess*. Plaintiff had boarded the Encanted *Princess* in Ft. Lauderdale, Florida for a cruise to the Eastern Caribbean that left on or about November 10, 2021.

12. On or about November 10, 2021, Plaintiff ARLENE RODRIGUEZ, embarked from Florida for cruise to the Eastern Caribbean aboard the *Encanted Princess*, a cruise ship registered in Bermuda, and owned, operated, maintained, repaired and otherwise controlled by Defendants, PRINCESS CRUISE LINES, LTD. The Encanted Princess is a 141,000 ton cruise ship with 1,690 cabins that was designed, manufactured, built and delivered to PRINCESS CRUISE LINES, LTD., in 2020 and has been for used cruises between various ports worldwide, including from Florida to the Eastern Caribbean. Plaintiff was booked for a cruise (N145) from Florida to the Eastern Caribbean and was assigned Cabin B333.

13. On or about November 15, 2021, at or near 2200, while aboard the *Encanted Princess*, Plaintiff ARLENE RODRIGUEZ was on Deck 5 at the Atrium near a single step raised platform. There are two raised platforms. One is a designated seating area and is accessed by a single step on one side and a ramp on the other. The second raised platform is for musicians and customarily has rope barrier stanchions placed on the floor level to warn of or prevent passengers from stepping up onto this platform or traversing the area at or near this platform. The single step to this second raised platform has an approximate 4 inch step and with oversized nosing which presents a trip hazard to persons traversing this area. At or near 2200, the rope stanchions were not in place and there were no musicians on the raised platform. The single step with the oversized nosing without rope stanchions to warn or prevent patrons from traversing this area created a dangerous condition due to a foreseeable risk of harm to passengers as a result of the above described single step with oversized nosing on the *Enchanted Princess*, including Plaintiff. While traversing the atrium floor at or near the above described raised platform, Plaintiff tripped and fell as a result of the hereinabove described dangerous condition.

14. Plaintiff is informed and believes that while Plaintiff was lawfully and rightfully on

the *Encanted Princess*, Defendant negligently and carelessly owned, managed, possessed, inspected, maintained, operated, designed, planned, developed and otherwise controlled the *Encanted Princess* so as to create a foreseeable risk of harm for persons invited onto the *Encanted Princess*, including Plaintiff, by failing to maintain, repair or warn of the hereinabove described dangerous condition, thereby creating a high likelihood of a trip and fall for passengers such as Plaintiff, as hereinabove alleged and creating a foreseeable risk of harm.

15. That foreseeable risk of harm created by the negligence and carelessness of Defendants, as hereinabove alleged, was known, or in the exercise of ordinary and/or reasonable care, should have been known to Defendant in an adequate and sufficient time for a reasonably prudent person under the same or similar circumstances as Defendant to warn persons, including Plaintiff, of the hereinabove alleged foreseeable risk of harm, or to take measures to prevent such foreseeable risk of harm.

16. Plaintiff is informed and believes, and based thereupon alleges:

    a. Defendant had duty of care to provide Plaintiff with reasonable care under the circumstances;

    b. On or about November 15, 2021, Plaintiff was injured due to the fault and/or negligence of Defendant and/or its agents, servants or employees in creating a foreseeable risk of harm as hereinabove alleged;

    c. Defendant knew or should have known of the dangerous condition that created a foreseeable risk of harm, but removed and failed to re-install the removable rope stanchions to warn or prevent passengers from traversing the raised platform described above;

    d. Defendant failed to comply with industry standards in providing and maintaining proper height and nosing for a single step in public areas so as to create a dangerous condition;

    e. Defendant failed to provide adequate training, instruction and or supervision of its crew and/or staff members in terms of the removal and re-installation of the rope stanchions to warn of or prevent patrons from traversing the above

described platform;

      g.    Defendant failed to provide a reasonable safe condition for Plaintiff during her voyage aboard the *Encanted Princess*.

17. Plaintiff is informed and believes, and based thereupon alleges, that all of the foregoing alleged acts of omissions were negligent and careless and directly and proximately caused Plaintiff to trip and fall, as herein alleged, thereby suffering severe and debilitating injuries and damages, as hereinafter alleged.

18. As a direct and proximate result of the negligence and carelessness of Defendant, PRINCESS CRUISE LINES, LTD., as hereinabove alleged, Plaintiff, ARLENE RODRIGUEZ, was hurt and injured in her health, strength and activity, in all parts of her body, and sustained shock and injury to her nervous system and person, all of which injuries have caused and continue to cause Plaintiff great mental, physical and nervous anxiety, and pain and suffering.  Plaintiff, ARLENE RODRIGUEZ, is informed and believes, and based thereupon alleges, that such injuries will result in some permanent disability to plaintiff, all to her general damage, in an amount to be proven at time of trial.  Plaintiff is informed and believes, and based thereupon alleges, that the amount in controversy herein is in excess of Seventy-Five Thousand Dollars ($75,000.00) and within the jurisdiction of this Court.

19. As a further direct and proximate result of the negligence and carelessness of Defendant, PRINCESS CRUISE LINES, LTD., as hereinabove alleged, Plaintiff, ARLENE RODRIGUEZ, was required to, and did, employ physicians, surgeons and therapists to treat and care for her and did sustain an expense for such medical treatment and care, hospitalization, medicines, and for other and further medical and incidental care, for which Plaintiff has incurred liability in an amount as yet unascertained.  Plaintiff, ARLENE RODRIGUEZ, prays leave of Court to amend and/or supplement this Complaint to insert the actual and reasonable value of all medical and incidental expenses when same have been ascertained, or to prove same at time of trial.

20. Plaintiff, ARLENE RODRIGUEZ, is informed and believes, and based thereupon alleges, that as a further direct and proximate result of the negligence and carelessness of Defendant, PRINCESS CRUISE LINES, LTD., as hereinabove alleged, she will necessarily require additional

1  medical care, hospitalization, medicines, and other and further medical attention in the future and
2  will incur liability therefrom.  Plaintiff, ARLENE RODRIGUEZ, prays leave of Court to amend
3  and/or supplement this Complaint to insert the actual and reasonable value of all such additional
4  medical and incidental expenses when same have been ascertained, or to prove same at time of trial.

5        21.    As a further direct and proximate result of the negligence and carelessness of
6  Defendant, PRINCESS CRUISE LINES, LTD., as hereinabove alleged, Plaintiff, ARLENE
7  RODRIGUEZ, became incapacitated and prevented from following her usual occupation for an
8  undetermined period of time; and as a result thereof, plaintiff suffered a loss of earnings and earning
9  capacity and ability and other financial losses in an undetermined amount.  Plaintiff, ARLENE
10 RODRIGUEZ, prays leave of Court to amend and/or supplement this Complaint to include the exact
11 amount of said loss of earnings and earning capacity and ability when ascertained, or to prove same
12 at time of trial.

13       WHEREFORE, Plaintiff prays judgment against Defendant as follows:

14       1.    For general damages in an amount in excess of $75,000.00, and in an amount to be
15 proven at the time of trial;

16       2.    For medical and related expenses, past, present and future, all in an amount to be
17 proven at the time of trial;

18       3.    For loss of earnings or earning ability, past, present and future, all in an amount to
19 be proven at the time of trial;

20       4.    For a trial by jury pursuant to Rule 38, Federal Rules of Practice;

21       5.    For costs of suit incurred herein; and

22       6.    For such other and further relief as this Court deems just and proper.

23 Dated : September 24, 2022          **LAW OFFICES OF FRIEDBERG & BUNGE**

24                                             By: *s/ THOMAS F. FRIEDBERG, ESQ.*
25                                                THOMAS F. FRIEDBERG, ESQ. (110439)
                                                 Attorneys for Plaintiff, ARLENE RODRIGUEZ
26                                                1005 Rosecrans Street, Suite 202
                                               P.O. Box 6814
27                                                San Diego, California 92101
                                               TEL : (619)557-0101
28                                                FAX:  (619)557-0560

**DEMAND FOR JURY**

Plaintiff hereby demands a jury trial pursuant to Rule 38, of the Federal Rules of Practice.

Dated : September 24, 2022

**LAW OFFICES OF FRIEDBERG & BUNGE**

By: *s/ THOMAS F. FRIEDBERG, ESQ.*
THOMAS F. FRIEDBERG, ESQ. (110439)
Attorneys for Plaintiff, ARLENE RODRIGUEZ
1005 Rosecrans Street, Suite 202
P.O. Box 6814
San Diego, California 92101
TEL : (619)557-0101
FAX:  (619)557-0560