JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ARLENE RODRIGUEZ, | Case No. 2:22-cv-06914 AB (MARx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| PRINCESS CRUISE LINES, LTD., | |
| Defendant. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **90 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 28, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.